**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60105-CIV-SMITH**

INDIANA ALEMAN,

      Plaintiff,

v.

ARSTRAT, LLC,

      Defendant.

_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

      This matter is before the Court on Plaintiff's Notice of Settlement [DE 18], which indicates the parties have reached a settlement in this case.  Accordingly, it is

      **ORDERED** that:

      1) the parties shall file appropriate dismissal papers with the Court no later than **July 23, 2020**.

      2) All pending motions not otherwise ruled on are **DENIED AS MOOT**.

      3) This case is **CLOSED**.

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of June 2020.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**