**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60105-CIV-SMITH**

INDIANA ALEMAN,

    Plaintiff,

v.

ARSTRAT, LLC,

    Defendant.

_____/

**ORDER DISMISSING CASE**

Plaintiff filed this putative class action on January 16, 2020. On October 1, 2020, the parties filed a Joint Stipulation of Voluntary Dismissal with Prejudice [DE 21]. It is

**ORDERED:**

1. Plaintiff Indiana Aleman's claims are dismissed with prejudice.

2. Claims of putative class members are dismissed without prejudice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of October 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties of record